LAW OFFICES OF
**JAMES B. CHANIN**
3050 SHATTUCK AVENUE
BERKELEY, CALIFORNIA 94705
(510) 848-4752
FAX (510) 848-5819

June 28, 2005

**VIA USDC EFILING**

The Honorable James Larson
Magistrate Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Randy Murphy v. City of Oakland*
No. C04-93062 TEH

Subject: Continuance of Settlement Conference

Dear Judge Larson,

This letter will confirm that counsel for Plaintiff and Defendants in the above-entitled action have agreed that the settlement conference, currently set for June 30, 2005 at 2:00 p.m., may be continued to August 16, at 10 a.m. so that additional discovery may be completed prior to the settlement conference.

Thank you for your consideration in this matter.

Very truly yours,

JAMES B. CHANIN

Cc: Defendant's Counsel

**IT IS SO ORDERED**
Magistrate Judge James Larson