```
 1  JOHN L. BURRIS (SBN#69888)
    Law Offices of John L. Burris
 2  Airport Corporate Centre
    7677 Oakport Road, Suite 1120
 3  OAKLAND, California 94621
    Telephone: (510) 839-5200
 4
    JAMES B. CHANIN (SBN# 76043)
 5  JULIE M. HOUK    (SBN# 114968)
    LAW OFFICES OF JAMES B. CHANIN
 6  3050 Shattuck Avenue
    Berkeley, CA. 94705
 7  Telephone: (510) 848-4752, Ext. 2

 8
    Attorneys for Plaintiff
 9

10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
    RANDY MURPHY,              ) CASE NO. C04-3062 TEH
13                             )
                               ) STIPULATION AND ORDER
14            Plaintiff,       ) EXTENDING DEADLINES FOR
                               ) DISCLOSURE OF EXPERT
15  vs.                        ) WITNESS INFORMATION, HEARING
                               ) OF DISPOSITIVE MOTIONS AND
16                             ) COMPLETION OF
                               ) EXPERT DEPOSITIONS
17  CITY OF OAKLAND, et al.,   )
                               )
18            Defendants.      ) Trial Date: October 25, 2005
                               )
19  _____)

20

21      THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF

22  RECORD, DO HEREBY STIPULATE AND AGREE that the deadline for

23

24  STIP/ORDER EXTENDING DEADLINES CASE NO. C04-3062 TEH        1
```

disclosure of expert witness information pursuant to F.R.C.P. 26 shall be extended to September 12, 2005; the deadline for the hearing on dispositive motions shall be continued to September 26, 2005, and the deadline for completion of expert witness depositions shall be extended to September 30, 2005.

IT IS SO STIPULATED:

Dated: June 28, 2005

PETER J. HALLIFAX
Attorney for Defendants

Dated: June 26, 2005

JAMES B. CHANIN
Attorney for Plaintiff

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: _____, 2005

THELTON E. HENDERSON
Judge of the United States
District Court

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP/ORDER EXTENDING DEADLINES CASE NO. C04-3062 TEH          2