JOHN L. BURRIS (SBN#69888)
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Road, Suite 1120
OAKLAND, California 94621
Telephone: (510) 839-5200

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA. 94705
Telephone: (510) 848-4752, Ext. 2

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MURPHY, Plaintiff, | CASE NO. C04-3062 TEH |
| vs. | STIPULATION AND ORDER EXTENDING DEADLINE FOR DISCLOSURE OF EXPERT WITNESS INFORMATION |
| CITY OF OAKLAND, et al., Defendants. | Trial Date: October 25, 2005 |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE that the deadline for the mutual disclosure of the identities of expert witnesses pursuant to F.R.C.P. 26 shall be extended to September 19, 2005, the deadline for the mutual exchange of expert reports pursuant to F.R.C.P. 26 shall be extended to September 23, 2005, and the deadline for the completion of expert depositions shall be extended to October 15, 2005.

1  This extension is being requested mutually by counsel for
2  the parties due to the complexity of the issues, the amount of
3  discovery that needs to be supplied to the parties experts for
4  review and because additional time is necessary for the retained
5  experts to complete their Rule 26 reports.

6
7  IT IS SO STIPULATED:

8
9  Dated: September ___, 2005          _____
                                        PETER J. HALLIFAX
10                                      Attorney for Defendants

11
12 Dated: September 9, 2005            _____
                                        JAMES B. CHANIN
13                                      Attorney for Plaintiff

14 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:

15
16 Dated: _____, 20__            _____
                                        THELTON E. HENDERSON
17                                      Judge of the United States
                                        District Court

**IT IS SO ORDERED**

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28  STIP/ORDER EXTENDING DEADLINES CASE NO. C04-3062 TEH        2

This extension is being requested mutually by counsel for the parties due to the complexity of the issues, the amount of discovery that needs to be supplied to the parties experts for review and because additional time is necessary for the retained experts to complete their Rule 26 reports.

IT IS SO STIPULATED:

Dated: September 9, 2005

_____
PETER J. HALLIFAX
Attorney for Defendants

Dated: September 9, 2005

_____
JAMES B. CHANIN
Attorney for Plaintiff

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: _____, 2005

_____
THELTON E. HENDERSON
Judge of the United States
District Court

STIP/ORDER EXTENDING DEADLINES CASE NO. C04-3062 TEH          2