```
 1  JOHN L. BURRIS (SBN#69888)
    Law Offices of John L. Burris
 2  Airport Corporate Centre
    7677 Oakport Road, Suite 1120
 3  OAKLAND, California  94621
    Telephone: (510) 839-5200
 4
    JAMES B. CHANIN (SBN# 76043)
 5  JULIE M. HOUK   (SBN# 114968)
    LAW OFFICES OF JAMES B. CHANIN
 6  3050 Shattuck Avenue
    Berkeley, CA.  94705
 7  Telephone: (510) 848-4752, Ext. 2

 8
    Attorneys for Plaintiff
 9
10                 UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12
    RANDY MURPHY,                  )  CASE NO. C04-3062 TEH
13                                 )
                                   )  STIPULATION AND ORDER
14               Plaintiff,        )  EXTENDING DEADLINE FOR
                                   )  FILING OF JOINT PRETRIAL
15  vs.                            )  CONFERENCE STATEMENT, JURY
                                   )  INSTRUCTIONS, VOIR DIRE,
16                                 )  VERDICT FORMS AND MOTIONS
                                   )  IN LIMINE
17  CITY OF OAKLAND, et al.,       )
                                   )
18               Defendants.       )  Trial Date: 10/25/05
                                   )  Pretrial Conf. Date: 10/18/05
19  _____)
```

20

21     THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF

22  RECORD, DO HEREBY STIPULATE AND AGREE that the deadline for the

23  filing of the joint pretrial conference statement, jury

24  instructions, jury voir dire and special verdict forms should be

25  extended from October 7, 2005 to October 11, 2005.  Counsel for

26  plaintiff is requesting this extension due to the fact that one

27  of plaintiff's lead counsel, James Chanin, has been ill and will

28  STIP/ORDER EXTENDING DEADLINES CASE NO. C04-3062 TEH          1

|   |   |
|---|---|
| 1 | be undergoing medical procedures the day on October 6, 2005 (the |
| 2 | day prior to the current deadline).  Plaintiff's counsel |
| 3 | currently anticipates that Mr. Chanin will be available to assist |
| 4 | in the completion of the aforesaid filings over the weekend of |
| 5 | October 8-9, 2005, so that the aforesaid documents will be filed |
| 6 | by Tuesday, October 11, 2005 (Monday, October 10, 2005, is a |
| 7 | Court holiday). |

THE PARTIES FURTHER AGREE AND STIPULATE THAT the deadline for filing motions in limine should be extended to Tuesday, October 11, 2005 (at 9:00 am) with oppositions to said motions to be filed no later than Thursday, October 13, 2005 (at 9:00 am) to accommodate defendants' counsel who is currently in trial in another matter. All motions must be accompanied by stipulation addressed in #6 of PRETRIAL ORDER.

IT IS SO STIPULATED:

Dated: October 5, 2005
_____/S/_____
JULIE M. HOUK
Attorney for Plaintiff

Dated: October 5, 2005
_____/S/_____
PETER J. HALLIFAX
Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: 10/7, 2005
_____
THELTON E. HENDERSON
Judge of the United States
District Court