JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
PETER HALLIFAX, Deputy City Attorney- State Bar #148783
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524   Fax: (510) 238-6500
24026:353231

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.<br><br>    Defendants. | Case No. C 04-3062 TEH (JAL)<br><br>~~PROPOSED~~ ORDER SHORTENING TIME |

The Court having considered Defendants' ex parte application for an order shortening time on a motion to continue the trial date, and good cause therefore having been found by the Court,

IT IS HEREBY ORDERED:

That Defendant's motion to continue the trial date may be heard on 4 days notice, and will be heard by the Court at the Pretrial Conference presently set for October ~~17~~ 18 2005 at 3 p.m. *Any written opposition shall be filed by*

Dated: *continue trial in this case, October 14, 2005. Absent a stipulation to counsel shall be fully prepared to proceed with the PTC.*

_____
HONORABLE THELTON E. HENDERSON
SENIOR JUDGE OF THE UNITED STATES
DISTRICT COURT

10/11/05

PROPOSED ORDER                                                                 C 04-3062 TEH