IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MURPHY, | No. C 04-03062 TEH |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

Having taken into account the positions of counsel and the record in this case, and good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff(s) shall have   20   hours to present their case. This time includes opening statement and all time spent on direct examination, cross-examination, rebuttal and closing argument.

2. Defendant(s) shall have   11   hours to present their case. This time includes opening statement and all time spent on direct examination, cross-examination, rebuttal and closing argument.

3. Any significant gap in time occasioned by the failure of a party to have a witness available to testify will be subtracted from the time allotted to that party.

The Court is persuaded that if cumulative testimony is avoided, and if counsel are prepared to proceed in an organized and efficient manner, then these time limits will be

more than adequate to fairly try this case. The Court will only entertain requests to extend these time limits if there is good cause shown and counsel have not wasted the time allotted to them.

**IT IS SO ORDERED.**

Dated: Nov. 10, 2005

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE