1  JOHN L. BURRIS (SBN#69888)
   Law Offices of John L. Burris
2  Airport Corporate Centre
   7677 Oakport Road, Suite 1120
3  OAKLAND, California  94621
   Telephone: (510) 839-5200
4
   JAMES B. CHANIN (SBN# 76043)
5  JULIE M. HOUK   (SBN# 114968)
   LAW OFFICES OF JAMES B. CHANIN
6  3050 Shattuck Avenue
   Berkeley, CA.  94705
7  Telephone: (510) 848-4752, Ext. 2

8
9  Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13 RANDY MURPHY,                  ) CASE NO. C04-3062 TEH
                                  )
14                                ) STIPULATION AND ORDER RE:
             Plaintiff,           ) RICHARD WORD_____
15                                )
                                  )
16 vs.                            )
                                  )
17                                )
   CITY OF OAKLAND, et al.,       ) Trial:    11/15/05
18                                ) Pretrial: 11/9/05
             Defendants.          )
19                                )
   _____)
20

21     THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO

22 HEREBY STIPULATE AND AGREE AS FOLLOWS:

23     Richard Word was the Chief of Police for the City of Oakland

24 at the time of the incidents giving rise to the plaintiff's

25 claims in this action.  The parties stipulate and agree that

26 Chief Word will not be joined as a party to this action in his

27
   STIP/ORDER RE CHIEF WORD
28 CASE NO. C04-3062 TEH         1

individual capacity.  The parties further stipulate agree that Chief Word was the policy-maker for the City of Oakland on the issues relating to the City of Oakland Police Department relevant to this action.  The fact that Chief Word will not be joined as an individual defendant will not have any bearing or effect on his policy-maker status.  In addition, it is further agreed that the jury may consider any acts or omissions of Chief Word done within the course and scope of his employment and/or in his policy-maker capacity in determining whether the City of Oakland is liable for the plaintiff's injuries and damages under 42 U.S.C. Section 1983 and under California law.

    IT IS FURTHER AGREED AND STIPULATED THAT counsel for Defendants has agreed to produce Chief Word, as well as defendants Brett Estrada, Matt McGiffert and other percipient Oakland Police Department witnesses, to testify in plaintiff's case in chief without a subpoena at trial.

IT IS SO STIPULATED:


Dated: November 3, 2005          _____/S/_____
                                 JOHN L. BURRIS
                                 Attorney for Plaintiff


Dated: November 3, 2005          _____/S/_____
                                 JAMES B. CHANIN
                                 Attorney for Plaintiff




STIP/ORDER RE CHIEF WORD
CASE NO. C04-3062 TEH            2

```
 1  Dated: November 9, 2005              _____/S/_____
                                         PETER J. HALLIFAX
 2                                       Attorney for Defendants

 3  PURSUANT TO STIPULATION,
    IT IS SO ORDERED:
 4
                                         _____
 5  Dated: November  10 , 2005           THELTON E. HENDERSON
                                         JUDGE OF THE UNITED STATES
 6                                       DISTRICT COURT

 7

 ...

28  STIP/ORDER RE CHIEF WORD
    CASE NO. C04-3062 TEH           3
```