JOHN L. BURRIS (SBN#69888)
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Road, Suite 1120
OAKLAND, California  94621
Telephone: (510) 839-5200

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA.  94705
Telephone: (510) 848-4752, Ext. 2

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MURPHY, | ) CASE NO. C04-3062 TEH |
| | ) |
| | ) STIPULATION AND [PROPOSED] |
| Plaintiff, | ) ORDER OF PARTIAL DISMISSAL |
| | ) WITH PREJUDICE |
| vs. | ) |
| | ) |
| CITY OF OAKLAND, et al., | ) Trial:   11/15/05 |
| Defendants. | ) |
| _____ | ) |

   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

   The Plaintiff's 42 U.S.C. Section 1983 claim against Defendant CITY OF OAKLAND **only** shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs with respect to said claim only.

STIP/ORDER RE DISMISSAL OF Section 1983 MUNI. LIAB.
CASE NO. C04-3062 TEH          1

```
IT IS SO STIPULATED:


Dated: November 17, 2005        _____
                                JOHN L. BURRIS
                                Attorney for Plaintiff


Dated: November 17, 2005        _____
                                JAMES B. CHANIN
                                Attorney for Plaintiff


Dated: November ___, 2005       _____
                                PETER J. HALLIFAX
                                Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: November  21 , 2005      /s/ Thelton E. Henderson
                                THELTON E. HENDERSON
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT
```

STIP/ORDER RE DISMISSAL OF Section 1983 MUNI. LIAB.
CASE NO. C04-3062 TEH          2