United States District Court

For the Northern District of California

1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8   RANDY MURPHY,                                No. C-04-3062 TEH (JCS)

9            Plaintiff(s),

10       v.                                       **NOTICE AND ORDER SETTING
                                                  FURTHER SETTLEMENT CONFERENCE**
11  CITY OF OAKLAND, ET AL.,
                                                  (E-FILING CASE)
12           Defendant(s).
    _____/
13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15       You are hereby notified that a Further Settlement Conference is scheduled for **February 14,**

16  **2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,

17  California.  Updated, confidential Settlement Conference Statements shall be lodged with the Court

18  by **February 7, 2006**.

19       In addition, IT IS HEREBY ORDERED as follows:

20       1.    Defendants shall make a settlement proposal, in writing, with a copy to the

21  undersigned, **on or before January 18, 2006**.

22       2.    Plaintiff shall make a demand for attorneys' fees and costs, in writing, with a copy to

23  the undersigned, **no later than January 20, 2006**.

24       Lead trial counsel shall appear at the Settlement Conference with the parties having

25  unlimited authority to negotiate and settle the case.

26       The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this

27  case settles prior to the date set for the Further Settlement Conference.  All other provisions of this

28  Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated:  January 12, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28