```
JOHN L. BURRIS (SBN 69888)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MURPHY, | ) CASE NO. C04-3062 TEH |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| vs. | ) WITH PREJUDICE AND |
| | ) [PROPOSED] ORDER THEREON |
| CITY OF OAKLAND, et al., | ) |
| Defendants. | ) |

 THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

 Pursuant to the terms of the settlement of the entire action reached between the parties, the parties do hereby request that this action be dismissed with prejudice, each

STIPULATION FOR DISMISSAL WITH PREJDUCE
CASE NO  C04-3062 THE                                              1

party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: August 4, 2006          _____/S/_____
                               JAMES B. CHANIN
                               Attorney for Plaintiff

Dated: August 7, 2006          _____/S/_____
                               RANDOLPH HALL
                               Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: ____08/09____, 2006     _____
                               THELTON E. HENDERSON
                               Judge of the United States
                               District Court

STIPULATION FOR DISMISSAL WITH PREJDUCE
CASE NO   C04-3062 THE                                    2